HENRY LIEBENSTEIN

*v.*

THE METROPOLITAN INSURANCE COMPANY OF THE CITY OF NEW YORK.

APPEAL from the Circuit Court of Cook county; the Hon. E. S. WILLIAMS, Judge, presiding.

Messrs. ROSENTHAL & PENCE, and Mr. WILLIAM HOPKINS, for the appellant.

Messrs. ASAY & LAWRENCE, for the appellee.

Per CURIAM: This case is in all respects identical with that of *Liebenstein* v. *The Baltic Fire Ins. Co.*, *ante*, p. 301, and the opinion in that case will apply in this. The judgment is reversed and the cause remanded.

*Judgment reversed.*